# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

Washington, D.C.

CASE NUMBER: 07 - 016 - M - 01

TO: <u>Special Agent Joshua C. Green</u> and any Authorized Officer of the United States

Affidavit having been made before me by <u>Special Agent Joshua C. Green</u> who has reason to believe that on the premises known as (name, description and or location)

NORTHWEST, WASHINGTON, D.C. (The location is described as a two story red brick duplex residence located on the west side of Blair Road Northwest, south of Whittier Street and north of Van Buren Street. Directly to the left and attached to the residence is the residence that is marked '    '. The front door to the residence located at     Blair Road Northwest is white in color with glass at the top of the door. On the right side of the front door is a gold colored door knob. The numbers '    ' are dark in color, located to the right of the front door on a white background. There is a gray colored fence that surrounds the residence.)

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

marijuana, illegal drug packaging material and paraphernalia, records, receipts, bank books and statements, notes and ledgers, address books, contact telephone numbers and names, cellular phones and/or digital paging devices, documents related to the ownership, occupancy and/or control of the premises, illegal weapons, U.S. Currency and/or other proceeds of narcotic sales.

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before February 5, 2007
                                                                Date

(not to exceed 10 days) the place named above for the property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to the U.S. Magistrate Judge, as required by law.

JAN 26 2007 @ 11:07 am   at Washington, D.C.
Date and Time Issued

United States Magistrate Judge
Signature of Judicial Officer
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 01/26/2007 | 02/01/2007  9:50 a.m. | |

INVENTORY MADE IN THE PRESENCE OF  ATF SAs Day, Green, Vasaka, Oliver, Ybarra

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. Two electronic digital scales
2. Suspected drug packaging material
3. Suspected marijuana
4. Identification documents

**FILED**

FEB 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  2-2-07
U.S. Judge or Magistrate    Date